UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET - SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                                          Telephone
Clerk                                           May 18, 2017                                            (215) 408-2800

      Re:      George Linton Sheppard

            Bankruptcy No. 15-17697 amc
            Civil Action No. 17-1956

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following documents filed in the above matter, together with certified copy of docket entries:

    ( ) Certificate of Appeal from Order.
        Notice of Appeal filing fee     ( ) paid     ( ) not paid

      (X) Designation of Record on Appeal filed.
      ( ) Designation of Record on Appeal not filed.

    ( ) Supplemental Certificate of Appeal.

    ( ) Motion for Leave to Appeal filed.
        ( ) Answer to Motion filed.

    ( ) Proposed findings of fact and conclusions of law entered.
        ( ) Objections filed.

    ( ) Report and recommendation entered.
        ( ) Objections filed.

    ( ) Original record transferred to the District Court pursuant to order.

    (X) Other:  Record on Appeal.

    Kindly acknowledge receipt on the copy of the letter provided.

                              For the Court

                              Timothy B. McGrath
                              Clerk

                              By: John Barbetta
                              Deputy Clerk

_____

Received Above material or record tile this _____ day of _____ , 2017.

Civil Action No. _____17-1956_____          Signature:_____

Miscellaneous No. _____          Date: _____

Assigned to Judge _____Jones_____                                                                       BFL5.frm2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:    George Linton Sheppard    Bankruptcy No. 15-17697 amc
*Debtor*

Civil Action No. 17-1956

APPELLANT:    George Linton Sheppard

CERTIFICATE OF APPEAL FROM ORDER OF BANKRUPTCY JUDGE
DATED 4/06/2017 AND ENTERED ON THE DOCKET 4/06/2017

Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia PA 19107-4299

Timothy B. McGrath
Clerk

Parties/Counsel of Record:

George Linton Sheppard
2256 Washington Lane
Huntingdon Valley, PA 19006
*Appellant/ Debtor*

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
*United States Trustee*

**Gary F. Seitz**
**Gellert Scali Busenkell & Brown LLC**
**The Curtis Center**
**601 Walnut Street, Suite 750 West**
**Philadelphia, PA 19106**
*Chapter 7 Trustee*


**Gary F. Seitz**
**Gellert Scali Busenkell & Brown LLC**
**The Curtis Center**
**601 Walnut Street, Suite 280 South**
**Philadelphia, PA 19106**
*Chapter 7 Trustee*


**Jerome B. Blank**
**Phelan Hallinan Diamond & Jones LLP**
**1617 JFK Boulevard, Suite 1400**
**One Penn Center Plaza**
**Philadelphia, PA 19103**
*Counsel for Creditor U.S. Bank National Association,*
*As Trustee For GSR Mortgage Loan Trust 2005-AR4*


**Mario J. Hanyon**
**Phelan Hallinan Diamond & Jones LLP**
**1617 JFK Boulevard, Suite 1400**
**One Penn Center Plaza**
**Philadelphia, PA 19103**
*Counsel for Creditor U.S. Bank National Association,*
*As Trustee For GSR Mortgage Loan Trust 2005-AR4*


**Andrew Spivack**
**Phelan Hallinan Diamond & Jones LLP**
**1617 JFK Boulevard, Suite 1400**
**One Penn Center Plaza**
**Philadelphia, PA 19103**
*Counsel for Creditor U.S. Bank National Association,*
*As Trustee For GSR Mortgage Loan Trust 2005-AR4*

bfcoa.frm4

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              Chapter 7

**George Linton Sheppard**                          Bankruptcy No. **15-17697** amc

                                                    Civil Action No. **17-1956**

### CERTIFICATE OF APPEAL FROM ORDER OF BANKRUPTCY JUDGE
### DATED 4/06/2017 AND ENTERED ON THE DOCKET 4/06/2017

I, Timothy B. McGrath, Clerk of the U.S. Bankruptcy Court, Eastern District of Pennsylvania, herewith forward the above appeal and certify that the above proceeding was properly before the Honorable Ashely M. Chan, Bankruptcy Judge, and transmit herewith the following documents.

_5-19-17_                                           _[signature]_
Date                                                Timothy B. McGrath
                                                    Clerk

### INDEX OF RECORD ON APPEAL

Notice of Appeal of Order by the Honorable Ashely M. Chan dated 4/06/2017          1.
and entered on the docket 4/06/2017.

Copy of Order by the Honorable Ashely M. Chan dated 4/06/2017                      2.
and entered on the docket 4/06/2017.

Certified copy of docket for Bankruptcy case 15-17697.                             3.

| | |
|---|---|
| Appellant's Designation of Record and Statement of Issues to be Presented on Appeal. | 4. |
| Motion for Relief from Stay *RE: Property Address 2256 Washington Lane, Huntingdon Valley, PA 19006*. Filed by U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2005-AR4. | 5. |
| Notice of (related document(s): 53 Motion for Relief from Stay *RE: Property Address 2256 Washington Lane, Huntingdon Valley, PA 19006*. | 6. |
| Objection to (related document(s)53) Motion for Relief From Stay filed by U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2005-AR4. Objection filed by Debtor George Linton Sheppard. | 7. |
| Transcript of Hearing held for Motion for Relief from Stay *re: 2256 Washington Lane, Huntingdon Valley, PA 19006*. Filed by U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2005-AR4. **(Not part of court record)** | -- |
| Proposed Order Re: *Amended Order Modifying Section 362 Automatic Stay* Filed by JEROME B. BLANK, on behalf of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2005-AR4 (related document(s)53). | 8. |
| Order granting 53 Motion for Relief from Stay *re: 2256 Washington Lane, Huntingdon Huntingdon Valley, PA 19006*. Filed by U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2005-AR4. *(Amended Order)* | 9. |
| Motion to Vacate (related document(s)58 Order Granting Motion For Relief From Stay) filed by Debtor George Linton Sheppard. *(Objection to Order Granting Relief From Automatic Stay and Demand to Void Order Dated August 8, 2016)* | 10. |
| Hearing set on 60 Motion to Vacate Relief Order filed by Debtor George Linton Sheppard. | 11. |
| Transcript of Hearing held on 60 Motion to Vacate Relief Order filed by Debtor George Linton Sheppard. **(Not part of court record)** | -- |

| | |
|---|---|
| Amended Order granting IN LIMITED PART 53 Motion for Relief from Stay re: 2256 Washington Lane, Huntingdon Valley, PA 19006 filed by U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2005-AR4. | 12. |
| Hearing set on 53 Motion for Relief from Stay *re: 2256 Washington Lane, Huntingdon Valley, PA 19006* Filed by US Bank Nation Association As Trustee for GSR Mortgage Loan Trust 2005-AR4. | 13. |
| Transcript of Hearing Held on 53 Motion for Relief from Stay *RE: 2256 Washington Lane, Huntingdon Valley, PA 19006*.   **(Not part of court record)** | -- |
| Order Granting Motion For Relief From Stay of GSR Mortgage Loan Trust 2005-AR4 (U.S. Bank) RE: Property Address 2256 Washington Lane, Huntingdon Valley, PA 19006 | 14. |
| Motion To Alter Or Amend Order Or Judgment. Filed by George Linton Sheppard. | 15. |
| Notice of Appeal to District Court. Filed by George Linton Sheppard. | 16. |
| Order Denying 76 Motion To Alter Or Amend Order Or Judgment Filed by George Linton Sheppard. The Motion is denied based upon Debtor's failure to Comply with Local Bankruptcy Rules. | 17. |